UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                                       CASE NO. 12 B 40319
CHAPTER 13

DENISE DARCEL HUNTER

JUDGE CAROL A DOYLE

DEBTOR                                **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** GREEN TREE SERVICING LLC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 1 | XXXXXX2022 | $7,248.72 | $6,293.46 | $6,293.46 |
| Total Amount Paid by Trustee | | | | | $6,293.46 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-40319-CAD

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 6th day of June, 2017.

Debtor:
DENISE DARCEL HUNTER
1940 S 23RD AVE
BROADVIEW, IL 60155

Attorney:
GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL 60603
via Clerk's ECF noticing procedures

Creditor:
GREEN TREE SERVICING LLC
PO BOX 0049
PALATINE, IL 60055-0049

Mortgage Creditor:
BANK OF AMERICA NA
% CLERK CHANCERY
50 W WASHINGTON ST RM 802
CHICAGO, IL 60602

Mortgage Creditor:
BAC HOME LOANS SERVICING
450 AMERICAN ST
SIMI VALLEY, CA 93065

Mortgage Creditor:
BAC HOME LOANS SERVICING
% CLERK CHANCERY
50 W WASHINGTON ST RM 802
CHICAGO, IL 60602

Mortgage Creditor:
CHASE MORTGAGE CORPORATION
3415 VISION DRIVE
COLUMBUS, OH 43219

Mortgage Creditor:
CHASE MANHATTAN MTG
% CLERK CHANCERY
50 W WASHINGTON ST # 802
CHICAGO, IL 60602

Mortgage Creditor:
CHASE MORTGAGE SERVICES
% CODILIS & ASSOCS
15W030 N FRONTAGE RD #100
BURR RIDGE, IL 60527-6921

Mortgage Creditor:
BANK OF AMERICA NA
% HEAVNER SCOTT BEYERS & MIHLA
PO BOX 740
DECATUR, IL 62525-0740

Creditor:
BANK OF AMERICA
PO BOX 660933
DALLAS, TX 75266-0933

ELECTRONIC SERVICE - United States Trustee

Date: June 06, 2017                                          /s/ TOM VAUGHN

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603